IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA STACY-MCNAUGHTON,

    Plaintiff,    Case No. 3:09-cv-025

vs.    Judge Thomas M. Rose

MICHAEL J. ASTRUE,    Magistrate Judge Michael R. Merz
Commissioner of Social Security,

    Defendant.

_____

**ENTRY AND ORDER OVERRULING STACY-MCNAUGHTON'S OBJECTIONS (Doc. #14) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #13); ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #13) IN ITS ENTIRETY; AFFIRMING THE COMMISSIONER'S DECISION THAT STACY-MCNAUGHTON IS NOT DISABLED AND TERMINATING THIS CASE**

_____

  Plaintiff Teresa Stacy-McNaughton ("Stacy-McNaughton") has brought this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Defendant Commissioner of Social Security (the "Commissioner") denying her application for Social Security benefits. On January 29, 2010, United States Magistrate Judge Michael R. Merz filed a Report and Recommendations (doc. #13) recommending that the Commissioner's decision that Stacy-McNaughton was not disabled be affirmed. Stacy-McNaughton subsequently filed Objections (doc. #14) and the Commissioner responded to Stacy-McNaughton's Objections (doc. #15). This matter is, therefore, ripe for decision.

  Based upon the reasoning and citations of authority set forth in the Magistrate Judge's

1

Report and Recommendations (doc. #13) and in Stacy-McNaughton's Objections (doc. #14) and the Commissioner's Response (doc. #15), as well as upon a thorough de novo review of this Court's file, including the Administrative Transcript, and a thorough review of the applicable law, this Court adopts the aforesaid Report and Recommendations in its entirety and, in so doing, affirms the Commissioner's decision that Stacy-McNaughton is not disabled. Finally, Stacy-McNaughton's Objections to the Magistrate Judge's Report and Recommendations are overruled.

This Court's function is to determine whether the record as a whole contains substantial evidence to support the Commissioner's decision. *Bowen v. Commissioner of Social Security*, 478 F.3d 742, 745-46 (6th Cir. 2007). This Court must also determine whether the Commissioner applied the correct legal criteria. *Id.*

Regarding the substantial evidence requirement, the Commissioner's findings must be affirmed if they are supported by "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Richardson v. Perales*, 402 U.S. 389, 401 (1971)(citing *Consolidated Edison Company v. NLRB*, 305 U.S. 197, 229 (1938)); *Landsaw v. Secretary of Health and Human Services*, 803 F.2d 211, 213 (6th Cir. 1986). Substantial evidence means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Richardson*, *supra*, at 401; *Ellis v. Schweicker*, 739 F.2d 245, 248 (6th Cir. 1984). Substantial evidence is more than a mere scintilla, but only so much as would be required to prevent a directed verdict (now judgment as a matter of law) against the Commissioner if this case were being tried to a jury. *Foster v. Bowen*, 853 F.2d 483, 486 (6th Cir. 1988); *NLRB v. Columbian Enameling and Stamping Company*, 306 U.S. 292, 300 (1939).

The second judicial inquiry - reviewing the Commissioner's legal criteria - may result in reversal even if the record contains substantial evidence supporting the Commissioner's factual findings. *See Bowen*, 478 F.3d at 746. A reversal based on the Commissioner's legal criteria may occur, for example, when the Commissioner has failed to follow the Commissioner's "own regulations and where that error prejudices a claimant on the merits or deprives the claimant of a substantial right." *Bowen*, 478 F.3d at 746(citing in part *Wilson v. Commissioner of Social Security*, 378 F.3d 541, 546-47 (6th Cir. 2004)).

In this case, the Commissioner has applied the correct legal criteria and the Commissioner's decision is supported by substantial evidence on the record as a whole. WHEREFORE, based upon the aforesaid, Stacy-McNaughton's Objections (doc. #14) to the Magistrate Judge's Report and Recommendations are OVERRULED, and this Court adopts the Report and Recommendations of the United States Magistrate Judge (Doc. #13) in its entirety. The Commissioner's decision that Stacy-McNaughton was not disabled is AFFIRMED.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Fifth day of March, 2010.

.  **s/Thomas M. Rose**
  _____
  JUDGE THOMAS M. ROSE
  UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record